Teofilo **MEDINA**, Jr., Petitioner–Appellant,

v.

Kevin **CHAPPELL**, Warden, Respondent–Appellee.

Teofilo Medina, Jr., Petitioner–Appellant,

v.

**R.K. Wong, Respondent–Appellee.**

Nos. 09–99015, 09–99016.

United States Court of Appeals, Ninth Circuit.

March 26, 2015.

Robert Bruce Amidon, Esquire, Robert B. Amidon, A Law Corp., Burbank, CA, David L. Bernstein, Law Offices of David L. Bernstein, Studio City, CA, for Petitioner–Appellant.

Daniel E. Lungren, Esquire, AGCA–Office of the California Attorney General, Sacramento, CA, Pamela A. Ratner Sobeck, Esquire, Holly D. Wilkens, Esquire, Deputy Attorney General, AGCA–Office of the California Attorney General, San Diego, CA, for Respondent–Appellee.

Before: SIDNEY R. THOMAS, Chief Judge and KIM McLANE WARDLAW and MARSHA S. BERZON, Circuit Judges.

---

## ORDER

We sent the accompanying opinion for filing on Friday, from Mr. Medina's counsel a filing entitled "Suggestion of Death" informing us of a press release indicating that Mr. Medina had "died on the evening of March 22, 2015 from natural causes...." Because at all times when we made our decision and sent it for filing, the case was not moot, we allowed it to be published in the ordinary course. However, we direct the parties to file letter briefs within 14 days hereof addressing how best to proceed with the opinion in light of Mr. Medina's death.

**IT IS SO ORDERED.**